**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY– NEWARK DIVISION**

| | |
|---|---|
| JEFFREY A. STUBITS, individually and on behalf of all other persons similarly situated who were employed by DENVILLE LINE PAINTING, INC.,<br><br>Plaintiff,<br><br>- against -<br><br>DENVILLE LINE PAINTING, INC.,<br><br>Defendant. | Case No.: 18 cv 00649-CCC-MF |

**NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CONDITIONAL CERTIFICATION OF THE SETTLEMENT CLASS FOR SETTLEMENT PURPOSES, APPOINTMENT OF PLAINTIFFS' COUNSEL AS CLASS COUNSEL, AND APPROVAL OF PROPOSED NOTICE OF CLASS ACTION SETTLEMENT, CLAIM FORM, AND RELEASE**

Pursuant to Rule 23 of the Federal Rules of Civil Procedure and upon the attached Affirmation of Lloyd R. Ambinder, sworn to on September 16, 2019, and all exhibits attached thereto, and all prior pleadings and proceedings herein, the parties respectfully request that this Court grant: (i) preliminary approval of the Settlement Agreement and Release; (ii) conditional certification of the settlement class for settlement purposes; (iii) appointment of the undersigned Plaintiffs' counsel as Class Counsel; (iv) authorization for publication of a notice of the proposed settlement and a consent to joint settlement, claim form, and release; and (v) such other and further relief as the Court may deem just and proper.

Dated: September 17, 2019
New York, New York

**VIRGINIA & AMBINDER, LLP**

/s/ Lloyd Ambinder
Lloyd Ambinder, Esq.
40 Broad Street - 7th Floor
New York, NY 10004
*Attorneys for Plaintiffs and Class*

**FARUQI & FARUQI**

/s/ Innessa Melamed Huot
Innessa Melamed Huot, Esq.
685 Third Avenue - 26th Floor
New York, NY 10017
*Attorneys for Plaintiffs and Class*

**TO: FOX ROTHSCHILD LLP**
Mark E. Tabakman, Esq.
Ian W. Siminoff, Esq.
49 Market Street
Morristown, NJ 07960
(973) 994-7507

*Attorneys for Defendant*

4848-9477-2603.1