## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY– NEWARK DIVISION

| | |
|---|---|
| JEFFREY A. STUBITS, individually and on behalf of all other persons similarly situated who were employed by DENVILLE LINE PAINTING, INC., <br><br> Plaintiff, <br><br> - against - <br><br> DENVILLE LINE PAINTING, INC., <br><br> Defendant. | Case No.: 18 cv 00649-CCC-MF <br><br> **NOTICE OF MOTION FOR FINAL CLASS ACTION SETTLEMENT APPROVAL** |

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Lloyd R. Ambinder, sworn to on March 12, 2020, and all exhibits attached thereto, along with the memorandum of law in support, the undersigned will respectfully move this Court on March 20, 2020 at 10:00 am at the United States Courthouse for the District of New Jersey, located at 50 Walnut Street, Newark, NJ 07101, before the Honorable Mark Falk, for Plaintiffs' unopposed motion for an Order to (1) approve the settlement as fair, reasonable, and adequate for both Rule 23 Class Members, (2) bind all Rule 23 Class Members who have not timely opted out to the Released State Law Claims as set forth in the Stipulation, (3) award Class Counsel attorneys' fees and costs in the amount equal to $397,945.98, (4) award services awards to Named Plaintiff Jeff Stubits in the amount of $7,500.00, (5) approve class administration costs in the amount of $15,000.00, and (6) dismiss this litigation with prejudice.

Dated: March 12, 2020
      New York, New York

| | |
|---|---|
| **VIRGINIA & AMBINDER, LLP** | **FARUQI & FARUQI** |
| /s/ Lloyd Ambinder <br> Lloyd Ambinder, Esq. | /s/ Innessa Melamed Huot <br> Innessa Melamed Huot, Esq. |

40 Broad Street - 7th Floor       685 Third Avenue - 26th Floor
New York, NY  10004                    New York, NY  10017
*Attorneys for Plaintiffs and Class*       *Attorneys for Plaintiffs and Class*


TO: Defendant's Counsel via ECF